Robert C. Ryan (SBN 7164)
Timothy A. Lukas (SBN 4678)
J. Robert Smith (SBN 10992)
Joshua M. Halen (SBN 13885)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel.: (775) 327-3042 / Fax: (775) 786-6179
rcryan@hollandhart.com
tlukas@hollandhart.com
jmhalen@hollandhart.com

Adam Hosmer Henner (NSBN 12779)
Phil Mannelly (NSBN 14236)
MCDONALD CARANO LLP
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
ahosmerhenner@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com

*Attorneys for Defendants CHEMEON Surface Technology, LLC, Dean Meiling, Madylon Meiling, DSM Partners, LP, DSM P GP LLC, and Suite B LLC*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN BAKER, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DEAN MEILING, et al., <br><br> Defendants. | **Case No.: 3:20-cv-00518-MMD-CLB** <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT TO OCTOBER 16, 2020** |

Plaintiffs and Defendants, by and through their respective undersigned counsel, hereby stipulate and agree as follows:

On September 16, 2020, District Court Judge Miranda Du issued a Minute Order in Chambers ordering, among other things, that the parties file a Joint Status Report by October 2, 2020. Given counsels' schedules and recent appearances of counsel, the Parties need additional time to complete and submit the Report. The Parties shall have until October 16, 2020 to file the

1

Joint Status Report.  This Stipulation is made with good cause and in good faith by the parties hereto.

| | |
|---|---|
| Dated this 1st day of October, 2020 | Dated this 1st day of October, 2020 |
| HOLLAND & HART LLP | THE KIM LAW FIRM |
| /s/ J. Robert Smith | /s/ Grace M. Kim |
| Robert C. Ryan (SBN 7164)<br>Timothy A. Lukas (SBN 4678)<br>J. Robert Smith (SBN 10992)<br>Joshua M. Halen (SBN 13885)<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada 89511<br>T: (775) 327-3042 | Grace M. Kim (SBN 09268)<br>10120 S. Eastern Ave., Suite 200<br>Henderson, Nevada 89502<br>T: (702) 874-8376 |
| MCDONALD CARANO LLP<br>Adam Hosmer Henner (SBN 12779)<br>Phil Mannelly (SBN 14236)<br>100 W. Liberty Street, Tenth Floor<br>Reno, Nevada 89501<br>T: (775) 788-2000 | K&L LAW GROUP, P.C.<br>Marc Lazo (Pro Hac Vice Pending)<br>2646 Dupont Drive, Suite 60340<br>Irvine, California 92612<br>T: (949) 216-4000<br><br>*Attorneys for Plaintiffs* |

*Attorneys for Defendants CHEMEON Surface Technology, LLC, Dean Meiling, Madylon Meiling, DSM Partners, LP, DSM P GP LLC, and Suite B LLC*

Dated this 1st day of October, 2020

SANTORO WHITMIRE

  /s/ Oliver J. Pancheri
Nicholas J. Santoro (NSB 532)
Oliver J. Pancheri (SBN 7476)
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada  89135

*Attorneys for Defendants Armstrong Teasdale, LLP, Janet Chubb, and Tiffany Schwartz*

2

**ORDER**

Based upon the parties' foregoing stipulation, with good cause appearing, **IT IS SO ORDERED.**

DATED: October 1, 2020

_____
U.S. DISTRICT JUDGE

15507343