Robert C. Ryan (NSBN 7164)
Timothy A. Lukas (NSBN 4678)
J. Robert Smith (NSBN 10992)
Joshua M. Halen (NSBN 13885)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel.: (775) 327-3042 / Fax: (775) 786-6179
rcryan@hollandhart.com
tlukas@hollandhart.com
jrsmith@hollandhart.com
jmhalen@hollandhart.com

Teague I. Donahey (Motion to Withdraw pending)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, Idaho 83702-5974
Tel.: (208) 383-3988 / Fax: (208) 473-2976
tidonahey@hollandhart.com

Adam Hosmer-Henner (NSBN 12779)
Phil Mannelly (NSBN 14236)
MCDONALD CARANO LLP
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
ahosmerhenner@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com

*Attorneys for Defendants CHEMEON Surface Technology, LLC, Dean Meiling, Madylon Meiling, DSM Partners, LP, DSM P GP LLC, and Suite B LLC*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN BAKER, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DEAN MEILING, et al.,<br><br>　　　　　Defendants. | **Case No.: 3:20-cv-00518-MMD-CLB**<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR THE MEILING DEFENDANTS** |

Teague I. Donahey ("Withdrawing Counsel) respectfully requests that this Court enter an Order granting permission to withdraw as counsel for Dean Meiling; Madylon Meiling; Meiling Family Partners, Ltd.; CHEMEON Surface Technology, LLC; DSM Partners, LP; DSM P GP

1

LLC; and Suite B LLC (collectively, the "Meiling Defendants"). As ground for this motion, Withdrawing Counsel states as follows:

1. Withdrawing Counsel will not be appearing in this action.

2. Attorneys Robert C. Ryan, Timothy A. Lukas, J. Robert Smith, and Joshua M. Halen of Holland & Hart LLP and Adam Hosmer-Henner and Phil Mannelly of McDonald Carano LLP will remain as counsel of record for the Meiling Defendants in this action.

3. The Meiling Defendants will incur no prejudice as a result of this change. Further, the Meiling Defendants are aware of and consent to the requested withdrawal and are aware of the obligation to appear in this matter via counsel admitted to the bar of this Court.

4. Notice of this request will be served on all parties via the Court's ECF system.

DATED this 5th day of October, 2020

HOLLAND & HART LLP

/s/Teague I. Donahey
Robert C. Ryan (NSBN 7164)
Timothy A. Lukas (NSBN 4678)
J. Robert Smith (NSBN 10992)
Joshua M. Halen (NSBN 13885)
HOLLAND & HART LLP

Teague I. Donahey (Motion to Withdraw pending)
HOLLAND & HART LLP

Adam Hosmer-Henner (NSBN 12779)
Phil Mannelly (NSBN 14236)
MCDONALD CARANO LLP

*Attorneys for Defendants and Counterclaimants CHEMEON Surface Technology, LLC, Dean Meiling, Madylon Meiling, DSM Partners, LP, DSM P GP LLC, and Suite B LLC*

IT IS SO ORDERED.

Dated: October 7, 2020

UNITED STATES MAGISTRATE JUDGE

15495493