NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email:   nsantoro@santoronevada.com
         opancheri@santoronevada.com

*Attorneys for Defendant Janet Chubb*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN BAKER, et al., | Case No.: 3:20-cv-00518-MMD-CLB |
| Plaintiffs, | **SUBSTITUTION OF ATTORNEY** |
| v. | |
| DEAN MEILING, et al., | |
| Defendants. | |

Defendants ARMSTRONG TEASDALE LLP, JANET CHUBB, and TIFFANY SCHWARTZ ("Defendants") hereby substitute the law firm of SANTORO WHITMIRE as attorney of record in place and stead of HODEL WILKS, LLP.

Dated this 13th day of October, 2020.

                                           **ARMSTRONG TEASDALE LLP**

                                           By: _/s/ Lori Bockman_____

                                           Its:   General Counsel_____

                                           By: _____
                                                **Janet Chubb**

                                             By: _____
                                                **Tiffany Schwartz**

NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email:   nsantoro@santoronevada.com
             opancheri@santoronevada.com

*Attorneys for Defendant Janet Chubb*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN BAKER, et al., | Case No.: 3:20-cv-00518-MMD-CLB |
| Plaintiffs, | **SUBSTITUTION OF ATTORNEY** |
| v. | |
| DEAN MEILING, et al., | |
| Defendants. | |

Defendants ARMSTRONG TEASDALE LLP, JANET CHUBB, and TIFFANY SCHWARTZ ("Defendants") hereby substitute the law firm of SANTORO WHITMIRE as attorney of record in place and stead of HODEL WILKS, LLP.

Dated this 7th day of October, 2020.

**ARMSTRONG TEASDALE LLP**

By: _____

Its: _____

By: *(signature)* Janet L. Chubb
    **Janet Chubb**

By: _____
    **Tiffany Schwartz**

1  NICHOLAS J. SANTORO, ESQ.
   Nevada Bar No. 532
2  OLIVER J. PANCHERI, ESQ.
   Nevada Bar No. 7476
3  **SANTORO WHITMIRE**
   10100 W. Charleston Blvd., Suite 250
4  Las Vegas, Nevada 89135
5  Tel.: (702) 948-8771 / Fax: (702) 948-8773
   Email:   nsantoro@santoronevada.com
6            opancheri@santoronevada.com

7  *Attorneys for Defendant Janet Chubb*

8                   **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10 SUSAN BAKER, et al.,                  Case No.: 3:20-cv-00518-MMD-CLB
11
        Plaintiffs,                      **SUBSTITUTION OF ATTORNEY**
12
13 v.

14 DEAN MEILING, et al.,

15     Defendants.

16
        Defendants ARMSTRONG TEASDALE LLP, JANET CHUBB, and TIFFANY
17
   SCHWARTZ ("Defendants") hereby substitute the law firm of SANTORO WHITMIRE as
18
   attorney of record in place and stead of HODEL WILKS, LLP.
19
        Dated this 13th day of October, 2020.
20                                          **ARMSTRONG TEASDALE LLP**
21
                                            By: _____
22
                                            Its: _____
23
24
                                            By: _____
25                                              **Janet Chubb**

26                                          By: *[signature]*_____
                                                **Tiffany Schwartz**
27

I consent to the above substitution this <u>6th</u> day of October, 2020.

**HODEL WILKS LLP**

_____
MATT HODEL, ESQ.
ASHLEY E. MERLO, ESQ.
4 Park Plaza, Suite 640
Irvine, California 92614
Tel.: (949) 450-4470
Email: mhodel@hodelwilks.com
           amerlo@hodelwilks.com

I am duly admitted to practice in this District and accept the above substitution this <u>13th</u> day of October, 2020.

**SANTORO WHITMIRE**

/s/ Oliver J. Pancheri
NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
           opancheri@santoronevada.com

*Attorneys for Defendants Armstrong Teasdale LLP, Janet Chubb, and Tiffany Schwartz*

Please check one: <u>X</u> RETAINED, or ___ APPOINTED BY THE COURT

APPROVED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: <u>October 13, 2020</u>

- 2 -