J. Robert Smith, NV Bar #10992
Simons Hall Johnston PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088
Facsimile:  (775) 785-0087
RSmith@SHJNevada.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN BAKER, *et al.*,<br><br>                    Plaintiff,<br><br>v.<br><br>DEAN MEILING, *et al.*,<br><br>                    Defendant. | Case No.:   3:20-cv-00518-MMD-CLB<br>Ninth Circuit Court of Appeals No. 20-17215<br><br>**MOTION TO WITHDRAW J. ROBERT SMITH AS COUNSEL OF RECORD IN THIS CASE** |

      J. Robert Smith, one of the attorneys for Defendants Dean Meiling, et al. ("Defendants"), respectfully requests pursuant to this Court's local Rule of Practice IA 11-6 that the Court withdraw him as counsel in this matter. Mr. Smith is no longer associated with Holland & Hart, LLP and there remains other attorneys at Holland & Hart that continue to represent Defendants. Accordingly, he should be removed as attorney of record in this matter as well as be removed from the CM/ECF service list for this case.

      In support of this Motion, Defendants rely upon the memorandum of points and authorities as set forth below.

## MEMORANDUM OF POINTS AND AUTHORITIES

      An attorney can only withdraw from a case with leave of court. *See* LR IA 11-6. Mr. Smith ended his association with Holland & Hart, LLP on February 26, 2021 and joined the law firm of Simons Hall Johnston P.C. Accordingly, he is no longer associated with this litigation.

      Should this Court grant this Motion, Mr. Smith's withdrawal will not affect the

proceedings.  Defendants will continue to be represented by attorneys at Holland & Hart, LLP including Messrs. Ryan, Lukas and Halen.  Therefore, Mr. Smith's withdrawal from this case will not be relied upon as a basis for delaying proceedings.

**Affirmation:**  The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

DATED this 12th day of March, 2021.

By:   /s/ J. Robert Smith
J. Robert Smith
Simons Hall Johnston PC

IT IS SO ORDERED.

Dated:  March 12, 2021

_____
UNITED STATES MAGISTRATE JUDGE

2

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of SIMONS HALL JOHNSTON PC, over 18 years of age, and that on this date I caused to be served a true copy of the foregoing **MOTION TO WITHDRAW J. ROBERT SMITH AS COUNSEL OF RECORD IN THIS CASE** on all parties to this action by the method(s) indicated below:

    X    I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court by using the ECF system which served the following registered parties electronically:

Oliver J. Pancheri
Robert C. Ryan
Timothy A. Lukas
Grace M. Kim
Adam Hosmer-Henner
Marc Youssef Lazo
Joshua Michael Halen
Philip Mannelly

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct, and that this declaration was executed on March 12, 2021.

    /s/ Kiley P. Rasmussen
An Employee of Simons Hall Johnston PC

**SIMONS HALL JOHNSTON PC**
6490 S. McCarran Blvd., Ste. F-46
Reno, NV 89509
Phone: (775) 785-0088