AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SUSAN BAKER, *et al.*,

       Plaintiffs,

v.

DEAN MEILING, *et al.*,

       Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: **3:20-CV-00518-MMD-CLB**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in accordance with this Court's Order (ECF No. 144) – and the Dismissal Order (ECF No. 137) – and this case is closed.

**It is further ordered that judgment is entered in Defendants' favor.**

Date: 5/7/2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*