# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN BAKER, et al., | Case No.: 3:20-cv-00518-MMD-CLB |
| Plaintiffs, | |
| v. | **AMENDED JUDGMENT** |
| DEAN MEILING, et al., | |
| Defendants. | |

Pursuant to this Court's Order dated February 24, 2022, Judgment in this matter is and shall be entered in accordance with that Order as follows:

1. WHEREAS, on February 24, 2022 (ECF No. 159), the United States District Court for the District of Nevada awarded attorney's fees in the amount of $375,635.55 in favor of Defendants/Judgment Creditors, DEAN MEILING; MADYLON MEILING; CHEMEON SURFACE TECHNOLOGY, LLC; DSM PARTNERS, LTD; DSM P GP LLC; and SUITE B LLC, and against Plaintiffs/Judgment Debtors SUSAN BAKER; BUEL BARNETT; BRUCE BOSTON; JIM BRADT; BONNIE BRADT; GEORGE BURKHARDT; CAROLL BURKHARDT; BRENDA CANARIS; STAN CANARIS; CHRISTINE ECKHOUT; KATHLEEN DELLE DONNE; JOAN DIETRICH; JOAN DOTSON; JIM W. WEDWARDS III; ROGER B. FOSDICK; FUMIKO FOSDICK-FISHER; MARY FRANCE GOMEZ; ELAINE GRAND; STEPHEN GRAN; MARIA GROEN; STANLEY GROEN; ANKE

1  HAGEDORN; DONNA HAGENS; CLINT HUBBARD; DAVID KANE; LINDA KANE; JIM
2  KLESS; KENNETH KUHN; KATHRYN KUHN; LAWRENCE LEHNER; KAREN Y.
3  MALLORY; VICKI MILLS; JAMES L. MURPHY; CAROLYN NOYES; WILLIAM NOYES;
4  SANDRA R. PRICE; ED QUINTAL; GIOVANNA SCHENINI; LEE SADEG; LEONARD A.
5  SEMAS; RICHARD L. SHELLEY; DOROTHY D. SHELLEY; JOSEPH SIMS; MARTHA B.
6  SISSON; WARREN E. SISSON, JR.; LARRY SMITH; DIANE SMITH; RAY WEISMANN;
7  ELEANOR WEISMANN; ALAN P. WOLOCHUK; and NANCY J. WOLOCHUK, and against
8  Judgement Debtor MARC YOUSSEF LAZO, Esq., jointly and severally; and

9      2.    WHEREAS, on May 4, 2023 (DktEntry 89), the Ninth Circuit Court of Appeals
10 awarded attorney's fees in the amount of $55,911.30 in Case No. 21-15957 in favor of
11 Defendants/Judgment Creditors, DEAN MEILING; MADYLON MEILING; CHEMEON
12 SURFACE TECHNOLOGY, LLC; DSM PARTNERS, LTD; and SUITE B LLC, and against
13 Plaintiff/Judgment Debtor SUSAN BAKER; BUEL BARNETT; BRUCE BOSTON; JIM
14 BRADT; BONNIE BRADT; GEORGE BURKHARDT; CAROLL BURKHARDT; BRENDA
15 CANARIS; STAN CANARIS; CHRISTINE ECKHOUT; KATHLEEN DELLE DONNE;
16 JOAN DIETRICH; JOAN DOTSON; JIM W. WEDWARDS III; ROGER B. FOSDICK;
17 FUMIKO FOSDICK-FISHER; MARY FRANCE GOMEZ; ELAINE GRAND; STEPHEN
18 GRAN; MARIA GROEN; STANLEY GROEN; ANKE HAGEDORN; DONNA HAGENS;
19 CLINT HUBBARD; DAVID KANE; LINDA KANE; JIM KLESS; KENNETH KUHN;
20 KATHRYN KUHN; LAWRENCE LEHNER; KAREN Y. MALLORY; VICKI MILLS;
21 JAMES L. MURPHY; CAROLYN NOYES; WILLIAM NOYES; SANDRA R. PRICE; ED
22 QUINTAL; GIOVANNA SCHENINI; LEE SADEG; LEONARD A. SEMAS; RICHARD L.
23 SHELLEY; DOROTHY D. SHELLEY; JOSEPH SIMS; MARTHA B. SISSON; WARREN E.
24 SISSON, JR.; LARRY SMITH; DIANE SMITH; RAY WEISMANN; ELEANOR
25 WEISMANN; ALAN P. WOLOCHUK; and NANCY J. WOLOCHUK; and

26     3.    WHEREAS, on November 2, 2022 (DktEntry 83), the Ninth Circuit Court of
27 Appeals taxed costs in the amount of $74.10 in favor of Defendants/Judgment Creditors, DEAN
28 MEILING; MADYLON MEILING; CHEMEON SURFACE TECHNOLOGY, LLC; DSM

PARTNERS, LTD; and SUITE B LLC, and against Plaintiff/Judgment Debtor SUSAN BAKER; BUEL BARNETT; BRUCE BOSTON; JIM BRADT; BONNIE BRADT; GEORGE BURKHARDT; CAROLL BURKHARDT; BRENDA CANARIS; STAN CANARIS; CHRISTINE ECKHOUT; KATHLEEN DELLE DONNE; JOAN DIETRICH; JOAN DOTSON; JIM W. WEDWARDS III; ROGER B. FOSDICK; FUMIKO FOSDICK-FISHER; MARY FRANCE GOMEZ; ELAINE GRAND; STEPHEN GRAN; MARIA GROEN; STANLEY GROEN; ANKE HAGEDORN; DONNA HAGENS; CLINT HUBBARD; DAVID KANE; LINDA KANE; JIM KLESS; KENNETH KUHN; KATHRYN KUHN; LAWRENCE LEHNER; KAREN Y. MALLORY; VICKI MILLS; JAMES L. MURPHY; CAROLYN NOYES; WILLIAM NOYES; SANDRA R. PRICE; ED QUINTAL; GIOVANNA SCHENINI; LEE SADEG; LEONARD A. SEMAS; RICHARD L. SHELLEY; DOROTHY D. SHELLEY; JOSEPH SIMS; MARTHA B. SISSON; WARREN E. SISSON, JR.; LARRY SMITH; DIANE SMITH; RAY WEISMANN; ELEANOR WEISMANN; ALAN P. WOLOCHUK; and NANCY J. WOLOCHUK;

4.  WHERAS, on January 11, 2024 (DktEntry 64), the Ninth Circuit Court of Appeals taxed costs in the amount of $353.50 in Case No. 22-15503 in favor of Defendants/Judgment Creditors, DEAN MEILING; MADYLON MEILING; CHEMEON SURFACE TECHNOLOGY, LLC; DSM PARTNERS, LTD; and SUITE B LLC, and against Plaintiff/Judgment Debtor SUSAN BAKER; BUEL BARNETT; BRUCE BOSTON; JIM BRADT; BONNIE BRADT; GEORGE BURKHARDT; CAROLL BURKHARDT; BRENDA CANARIS; STAN CANARIS; CHRISTINE ECKHOUT; KATHLEEN DELLE DONNE; JOAN DIETRICH; JOAN DOTSON; JIM W. WEDWARDS III; ROGER B. FOSDICK; FUMIKO FOSDICK-FISHER; MARY FRANCE GOMEZ; ELAINE GRAND; STEPHEN GRAN; MARIA GROEN; STANLEY GROEN; ANKE HAGEDORN; DONNA HAGENS; CLINT HUBBARD; DAVID KANE; LINDA KANE; JIM KLESS; KENNETH KUHN; KATHRYN KUHN; LAWRENCE LEHNER; KAREN Y. MALLORY; VICKI MILLS; JAMES L. MURPHY; CAROLYN NOYES; WILLIAM NOYES; SANDRA R. PRICE; ED QUINTAL; GIOVANNA SCHENINI; LEE SADEG; LEONARD A. SEMAS; RICHARD L.

1  SHELLEY; DOROTHY D. SHELLEY; JOSEPH SIMS; MARTHA B. SISSON; WARREN E.
2  SISSON, JR.; LARRY SMITH; DIANE SMITH; RAY WEISMANN; ELEANOR
3  WEISMANN; ALAN P. WOLOCHUK; and NANCY J. WOLOCHUK;

4     5.     WHEREAS, on May 2, 2024 (DktEntry 69), the Ninth Circuit Court of Appeals,
5  awarded attorney's fees in the amount of $141,835.14 in Case No. 22-15503 in favor of
6  Defendants/Judgment Creditors, DEAN MEILING; MADYLON MEILING; CHEMEON
7  SURFACE TECHNOLOGY, LLC; DSM PARTNERS, LTD; and SUITE B LLC, and against
8  Judgment Debtor MARC YOUSSEF LAZO, Esq.;

9     6.     WHEREAS, the total of the above Orders is $573,809.59.

10  NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that
11  Judgment is entered in favor of Defendants/Judgment Creditors, DEAN MEILING;
12  MADYLON MEILING; CHEMEON SURFACE TECHNOLOGY, LLC; DSM PARTNERS,
13  LTD; and SUITE B LLC, and against Plaintiff/Judgment Debtor SUSAN BAKER; BUEL
14  BARNETT; BRUCE BOSTON; JIM BRADT; BONNIE BRADT; GEORGE BURKHARDT;
15  CAROLL BURKHARDT; BRENDA CANARIS; STAN CANARIS; CHRISTINE ECKHOUT;
16  KATHLEEN DELLE DONNE; JOAN DIETRICH; JOAN DOTSON; JIM W. WEDWARDS
17  III; ROGER B. FOSDICK; FUMIKO FOSDICK-FISHER; MARY FRANCE GOMEZ;
18  ELAINE GRAND; STEPHEN GRAN; MARIA GROEN; STANLEY GROEN; ANKE
19  HAGEDORN; DONNA HAGENS; CLINT HUBBARD; DAVID KANE; LINDA KANE; JIM
20  KLESS; KENNETH KUHN; KATHRYN KUHN; LAWRENCE LEHNER; KAREN Y.
21  MALLORY; VICKI MILLS; JAMES L. MURPHY; CAROLYN NOYES; WILLIAM NOYES;
22  SANDRA R. PRICE; ED QUINTAL; GIOVANNA SCHENINI; LEE SADEG; LEONARD A.
23  SEMAS; RICHARD L. SHELLEY; DOROTHY D. SHELLEY; JOSEPH SIMS; MARTHA B.
24  SISSON; WARREN E. SISSON, JR.; LARRY SMITH; DIANE SMITH; RAY WEISMANN;
25  ELEANOR WEISMANN; ALAN P. WOLOCHUK; and NANCY J. WOLOCHUK, for
26  $431,974.45, plus interest from the date of the above Orders.
27  FUTHERMORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that
28  Judgment is entered in favor of Defendants/Judgment Creditors, DEAN MEILING;

1  MADYLON MEILING; CHEMEON SURFACE TECHNOLOGY, LLC; DSM PARTNERS,
2  LTD; and SUITE B LLC against Judgement Debtor MARC YOUSSEF LAZO, Esq., in the
3  amount of $517,470.69, and that MARC YOUSSEF LAZO, Esq., is jointly and severally liable
4  with Plaintiffs/Judgment Debtors for $375,635.55 of the $431,974.45 Judgment, and that
5  MARC YOUSSEF LAZO, Esq., shall be individually and solely liable for $141,835.14 of the
6  $517,470.69 Judgment entered against him, plus interest from the date of the above Orders.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED  8/9/2024

31013224_v1